**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.   **ORDER**
    CRIMINAL NO. 08-37 ADM

STEVEN CHARLES CLYDE,

      Defendant.

_____

      This Court received a transfer of jurisdiction of Steven Charles Clyde, as supervised releasee from the Eastern District of California. The Defendant was sentenced on March 16, 2006, by Judge William Shubb. Included in his sentence was a requirement that Clyde pay restitution in the amount of $22,000 to a victim, "Betty B." The Court has been advised by Veritrust Financial and has verified that Veritrust Financial has compensated the victim for her loss incurred as the result of the withdrawal of funds from her Veritrust account. Veritrust Financial is requesting to be substituted as the victim entitled to receive the restitution received from the Defendant.

      Based upon the request of Veritrust Financial, and having verified that "Betty B." has had her funds reinstated, IT IS HEREBY ORDERED that the Judgment and Probation/Commitment Order is amended. The name of the payee is substituted to be Veritrust Financial, 3755 Capital of Texas Highway South, Suite 130, Austin, TX 78704.

      BY THE COURT:

        s/Ann D. Montgomery
      ANN D. MONTGOMERY
      U.S. DISTRICT JUDGE

Dated: August 1, 2008.